IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NGUYEN VU | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| JOHN E. WETZEL, et al. | : | No. 11-3226 |

**O R D E R**

AND NOW, this 30th day of March, 2012, upon consideration of Petitioner's motion to stay his petition for a writ of habeas corpus (Doc. No. 6), and Respondents' response thereto (Doc. No. 10), IT IS HEREBY ORDERED that Petitioner's motion to stay and abey is DENIED and his petition for writ of habeas corpus (Doc. No. 1) is DISMISSED WITHOUT PREJUDICE.

                                                     s/J. William Ditter, Jr.
                                                   J. WILLIAM DITTER, JR., J.