IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

NGUYEN VU                          :        CIVIL ACTION
                                   :
         v.                        :
                                   :
JOHN E. WETZEL, et al.             :        No. 11-3226


**O R D E R**

AND NOW, this 30th day of March, 2012, upon consideration of Petitioner's

motion for a court order (Doc. No. 19), IT IS HEREBY ORDERED that Petitioner's

motion is DENIED AS MOOT.


                                        s/J. William Ditter, Jr.
                                        J. WILLIAM DITTER, JR., J.